## El Pueblo *v.* Gestera.

### Apelación procedente de la Corte de Distrito de San Juan.

No. 54. Resuelto en noviembre 27, 1905

APELACIÓN.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—ERRORES MANI-FIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Falcón.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. MacLeary, emitió la opinión del tribunal.

El día 7 del próximo pasado mes de enero el apelante en el presente caso fué acusado del delito de agresión contra la persona de Manuel Cuevas Zequeira. El acusado fué juzgado en la Corte Municipal el día 17 de dicho mes, y condenado al pago de una multa de cincuenta do-

llars. Contra esta sentencia interpuso apelación ante la Corte de Distrito de San Juan, en cuya corte se celebró el juicio el 13 del próximo pasado mes de marzo, y la multa fué reducida á treinta dollars. Luego interpuso recurso de apelación para ante esta corte, y préstó una fianza el día 6 de julio del presente año. El recurso fué presentado aquí el mismo día. No se ha presentado ningún alegato en este Tribunal, y no compareció ningún abogado en representación del acusado. No aparecen en los autos ni pliegos de excepciones ni exposición de hechos. En efecto, de todos los procedimientos habidos en la causa, parece que los recursos de apelación interpuestos de cuando en cuando tenían por único objeto la demora.

No aparece de los autos ningún error fundamental, y por esta razón la sentencia de la Corte de Distrito debe confirmarse en todas sus partes.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asaciados, Hernández, Figueras y Wolf.